```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION
```

**MARGIE STATON**                                              **PLAINTIFF**

VS.                                      CIVIL ACTION NO. 3:05-CV-158BS

**MEDICAL PRACTICE SOLUTIONS, INC.**                           **DEFENDANT**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, with prejudice.

SO ORDERED this the 13th day of April, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

blj